

## AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

I, Special Agent Javon Weaver of the Bureau of Alcohol, Tobacco, Firearms & Explosives, being duly sworn, depose and state as follows:

1. I submit this affidavit in support of a criminal complaint against and arrest warrant for **Keith CAMPBELL**, year of birth 1987, for violations of 18 U.S.C. § 922(g)(1), possession of a firearm by a felon.

## AFFIANT BACKGROUND

2. I am currently employed as a Special Agent with the Bureau of Alcohol, Tobacco, Firearms & Explosives (ATF) and have been so since July 2013. I am currently assigned to a joint task force comprised of ATF agents and detectives from the Baltimore Police Department (BPD) tasked with investigating violent crime in Baltimore City including homicides, non-fatal shootings, carjackings, commercial robberies, narcotics trafficking, and firearm violations.

3. I have conducted and participated in numerous investigations concerning the illegal possession, and use, of firearms in furtherance of federal crimes of violence. I successfully completed the Criminal Investigator Training Program (CITP) and the ATF Special Agent Basic Training Academy at the Federal Law Enforcement Training Center, located in Glynco, Georgia, where I received specialized training in the investigation of federal crimes involving firearms, alcohol and tobacco diversion, arson and explosives, and narcotics. I also attended ATF Special Agent Basic Training (SABT), a fourteen-week training program at FLETC.

4. This Affidavit is based on information that I have received from other law enforcement officers and witnesses, and from police and law enforcement reports. I have not included all of the information known to law enforcement officers in this Affidavit, but I do not

1

believe that I have omitted any information that would tend to defeat a showing of probable cause.

## PROBABLE CAUSE

5. On May 16, 2018, at approximately 2:34 p.m., three Baltimore City Police Department (BPD) officers were conducting enforcement in the 2100 block of W. Pratt St Baltimore, Maryland. The officers observed a male, later identified as Keith CAMPBELL, observe the police presence and immediately enter into the MSA Mart, located at 2103 W. Pratt St., Baltimore, Maryland.

6. Two of the BPD officers entered the MSA Mart and smelled a strong scent of marijuana. One of the BPD officers observed CAMPBELL walking toward the back of the store with his right arm clenched to his side, and holding the front pockets of his hooded jacket. Additionally, both officers observed CAMPBELL throw an object on a shelf toward the rear of the store.

7. One of the BPD officers followed CAMPBELL and detained him. Believing CAMPBELL could have been armed, the BPD officer detained CAMPBELL and began to conduct a pat-down of the front pockets of CAMPBELL's hooded jacket. While that officer had CAMPBELL detained, the remaining officers searched the store for the item CAMPBELL had thrown. CAMPBELL then stated in substance, "It's right here," while reaching into his front waistband area. The detaining officer grabbed CAMPBELL's hands to prevent him from reaching. The officer lifted CAMPBELL's hooded jacket and observed a zip-lock bag, which contained 44 vials of a substance that the officer suspected was cocaine.[1] The BPD officer then placed CAMPBELL under arrest.

---

[1] Subsequent lab testing later confirmed the presence of cocaine.

8. About a minute later, the BPD officers found a black Para-Ordnance P12 .45 caliber handgun (serial #RK8433) laying on the top of the products on a shelf. After hearing that the BPD officers had discovered the handgun, CAMPBELL escaped custody and fled from the store. The BPD officers pursued and ultimately re-apprehended CAMPBELL.

9. After being advised of his *Miranda* rights, CAMPBELL told BPD officers that he had the firearm for protection.[2]

10. A check conducted on the Para-Ordnance, model P12, .45 caliber, semi-automatic pistol, serial number RK8433, revealed that the firearm was not manufactured in the state of Maryland, and thus traveled in interstate and/or foreign commerce prior to its recovery in this state.

11. Forensic examination and testing of the weapon established that it is capable of expelling a projectile by the action of an explosive, or is designed or may be readily converted to do so, or contains the frame or receiver of such a weapon, and therefore constitutes a firearm as defined by 18 U.S.C. § 921.

12. A review of CAMPBELL's criminal history established convictions for crimes punishable by a term of imprisonment exceeding one year, prior to May 16, 2018.

## CONCLUSION

13. Therefore, based on the facts set forth above, there is probable cause to support a criminal complaint against, and arrest warrant for, Keith CAMPBELL, for possessing a firearm while being a prohibited person on May 16, 2018, in the District of Maryland, in violation of 18 U.S.C. § 922 g(1).

---

[2] CAMPBELL was first taken to the hospital for shortness of breath and minor abrasions.

Special Agent, Javon Weaver
Bureau of Alcohol, Tobacco, Firearms and Explosives

Sworn to and subscribed before me

This __10th__ day of October 2018 at Baltimore, Maryland.

The Honorable Beth P. Gesner
United States Magistrate Judge
District of Maryland